```
 1
 2
 3
 4
 5
 6
 7
 8                  IN THE UNITED STATES DISTRICT COURT
 9                FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,      )    2:08-cr-0032-GEB
                                   )
12                 Plaintiff,      )
                                   )
13        v.                       )    RELATED CASE ORDER
                                   )
14  BARRY HOLLAND,                 )
                                   )
15                 Defendant.      )
                                   )
16                                 )
    UNITED STATES OF AMERICA,      )    2:08-cr-0340-EJG
17                                 )
                   Plaintiff,      )
18                                 )
          v.                       )
19                                 )
    SHELDON MORRIS,                )
20                                 )
                   Defendant.      )
21                                 )
```

On July 23, 2008, the United States filed a "Notice of Related Cases" in which it states that the "two above-captioned cases are related as defined by Local Rule 83-123(a)" in that "[b]oth cases involve many of the same parties, similar claims, many of the same transactions, as well as similar questions of law and fact."

Examination of the above-entitled matters reveals

1

1 | they are related within the meaning of Local Rule 83-123(a).
2 | Accordingly, the assignment of the matters to the undersigned judge
3 | is likely to achieve judicial economy.
4 |     THEREFORE action 2:08-cr-340-EJG is reassigned to Judge
5 | Garland E. Burrell, Jr. for all further proceedings.  Henceforth,
6 | the caption on documents filed in the reassigned case shall show
7 | the initials "GEB" instead of the other judge's initials.
8 |     IT IS FURTHER ORDERED that the Clerk of the Court make
9 | appropriate adjustment in the assignment of criminal cases to
10 | compensate for this reassignment.
11 |     IT IS SO ORDERED.
12 | Dated:  July 24, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge

2